IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA FRANKLIN,

    Plaintiff,

v.                                                Case No. 4:16cv470-MW/CAS

KIMBERLY PETERSON
and
LEODE DAVIS,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 42. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to file an amended complaint, ECF No. 40, is **DENIED** because the proposed fourth amended complaint, ECF No. 40-1, fails to

1

state a claim upon which relief may be granted. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on June 7, 2018.**

<u>**s/ MARK E. WALKER**</u>
**United States District Judge**